UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| MARY ROACH, | ) SACV08-0434 SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner, Social Security, Administration, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the ALJ's opinion is affirmed and Plaintiff's Complaint is dismissed.

DATED: July 30, 2009

_____/s/_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE